UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MIDWEST REGIONAL BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:18 CV 1217 RWS |
| | ) |
| CARIBOU ENERGY CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM & ORDER

This matter is before me on the Plaintiff's motion for attorney's fees, pursuant to Federal Rules of Civil Procedure 54(d)(2). ECF No. [65]. Under the local rules, defendants had fourteen days to respond to the motion for attorney's fees. Loc. R. 4.01(f). Defendants did not respond, so I issued a show cause order on August 31, 2020, ECF No. [66], which gave Defendants until September 11, 2020, to respond. As of today, September 15, 2020, no response has been filed. Therefore, this motion is unopposed.

On August 6, 2020, I entered judgment against Defendants Christopher Scott Yenzer and Robert Williamson for breach of contract. The Unconditional Guarantees signed by the Defendants provide that the "Guarantor promises to pay all expenses Lender incurs to enforce this guarantee, including but not limited to attorney's fees an[d] costs." ECF No. [65-1] and [65-2]. According to the affidavit

filed by the Plaintiff, they incurred $107,861.67 in attorney's fees and expenses to enforce the guarantee and collect the amounts due under the note. ECF No. [65-3]. Therefore, after careful review of all of the documents provide, I will grant Plaintiff's motion for attorney's fees.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for attorney's fees, ECF No. [65], is **GRANTED**. Plaintiff is awarded $107,861.67 in attorneys' fees and expenses, to be assessed against Defendants jointly and severally.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of September 2020.